UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                    Case No. 6:98-cr-206-Orl-18KRS

MARKEITH LOYD

2012 JAN -3 PM 2:22   FILED
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO FLORIDA

## NOTICE OF APPEAL

Comes Now, Markeith Loyd to the court, to let you know that I would like to appeal on the ruling in my case. I had until Dec. 20th, to file for an appeal. In which I had contacted my lawyer Benjamin Singerman to inform him that I would like to procide on Appeal. I haven't heard that or anything about my appeal time. So I'm under the impression that my lawyer didn't handle his job and file a notice of appeal like I had asked him to do. So, I'm letting this court know that it is my intention to appeal the ruling in my case pertaining to the crack reduction.

Very truly yours

Markeith Loyd  #23539-018
P.O. Box 2099
Pollock, LA 71467